UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

**D'Marco & Gennifer Redd**

Case No: 25-41317
Chapter: 13
Judge: Gretchko

Debtor(s)
_____/

## AFFIDAVIT OF JOINT DEBTOR

**NOW COMES Gennifer Redd**, the above-captioned Joint Debtor, first being duly sworn deposes and states:

1. I am the Joint Debtor in the present case.

2. I have filed my Federal tax returns for tax years 2021.

3. I have filed my State of MI tax returns for tax years 2021.

4. I have filed my City of Detroit tax returns for tax years 2021.

Dated: 10/3/25

_____
Gennifer Redd

Drafted by:
James P. Frego
23843 Joy Road
Dearborn Heights, MI 48127
(313) 724-5088

TYKESHA BIGHAM
NOTARY PUBLIC – STATE OF MICHIGAN
COUNTY OF WASHTENAW
My Commission Expires January 25, 2031
Acting in the County of WASHTENAW